*Bayard* for prisoner.

Celia Young, the wife of Nathan Young. She took up one chair to strike Anthony. He took it away. She took another and struck at him with another. I did not apprehend Anthony struck or meant to strike.

Robert Young. I was present. Mother made a stroke at him with a chair. I got it from her and said he was going. She then took another and struck at him. He fended it off, and it struck her in the eye. Imagine she did not complain, nor he did not offer to strike her at all.

Verdict, not guilty, jury being up about fifteen minutes.

## STATE v. JAMES HANCOCK.

Court of Quarter Sessions. Sussex. November 19, 1802.

*Rodney's Notes.*

*Mr. Wilson* for defendant. There is no charge that comes home to the defendant yet that he took this corn; only that corn was found in his possession.

Benjamin Benston. Mr. Pettit had flour corn four or five year past. I planted a few ears. I have seen and heard of this corn in several places in the Hundred.

Isaac Bowman. I let Hancock have seven bushels corn in the year was yellow and white, grew on Benjamin McIlwain's place. He lived with his father at this time.

John Hancock. James follows shoemaking and farms it some. He received ten bushels ears of me just before this, chiefly yellow. Was generally paid in corn. I made about a dozen hills that year of flour corn, lived four or five miles off. He received corn

of John and Isaac Bowman, of me, of Thomas Roach. I knew of flour corn three years, got mine from Prine Hook. Saw the two ears before.

William Hancock. The two ears were mine, had been hanging there some time. James had received corn of Bowman's and Roach. Roach's corn was mostly white and speckled. The shelled corn was in the room downstairs where I slept. It came from those persons. I helped to beat it out, of his corn there was but about two or three bushels. My son is 25 years old, has been working for himself. He came home late that night from Bartlet's, laid down on the bed with his clothes on, was laying there next morning. I was not there when they came with the warrant.

Attorney General. *Mr. Wilson. Vandyke* in conclusion.

Verdict, guilty; whipped with fifteen lashes, fined $8, and committed.

### STATE v. DANIEL MORRIS.

Court of Quarter Sessions. Kent. May 4, 1803.

*Rodney's Notes.*

*Fisher, Vandyke* [for State]. *Clayton* [for defendant].

Louder Carter, sworn. I found a pig in prisoner's possession. I took to be mine, he could not tell who he got it off. Wanted to make it up, said he did not know it was mine, etc.

Major Bright. Was with Morris when he took the pig.

Waitman Booth affirmed.

*Clayton.* We shall prove Bright brought the pig to Morris.

Polly Hammond for prisoner. Major Bright had a bag with a pig in it, said he had bought it.

Kitty Murphy.

Submitted to jury and verdict guilty, to have eleven lashes and restoration.